In the Matter of ANGELIKIA SAITAS, Appellant, v. LEON SAITAS, Respondent.—

Rabin, Acting P. J., Hopkins, Latham, Brennan and Benjamin, JJ., concur.